UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-03048 Louis

UNITED STATES OF AMERICA

vs.

MANUEL ANTONIO LOBOS OTAIZA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     */s/ Joshua L. Banker*_____
    Joshua L. Banker
    Assistant United States Attorney
    Major Crimes
    Court ID No. A5502947
    99 NE 4th Street, 6th Floor
    Miami, Florida 33132
    Tel: 305-961-9209
    Email: joshua.banker@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA  BANKER

## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

vs.

MANUEL ANTONIO LOBOS OTAIZA,

Defendant.

CRIMINAL COMPLAINT

CASE NO. 1:23-mj-03048 Louis

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about May 26, 2023, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, Manuel Antonio Lobos Otaiza ("OTAIZA"), did knowingly and willfully use, and attempt to use, a passport issued and designed for the use of another, in violation of Title 18, United States Code, Section 1544.

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about May 26, 2023, OTAIZA, a Chilean citizen and national, arrived at Miami International Airport from Lima, Peru. OTAIZA presented a Chilean passport in the name of "M.E.M.C" to CBP officers for examination and entry into the United States. The photograph in the passport did not match OTAIZA, and facial recognition technology confirmed the mismatch between OTAIZA and the passport photograph. OTAIZA was referred to secondary inspection for admissibility verification. During the secondary interview, OTAIZA admitted that the passport was not issued to him and that he paid his friend $200 USD to use his friend's passport. OTAIZA further admitted that his friend completed the Electronic System for Travel Authorization application which was associated with OTAIZA's trip. Finally, OTAIZA admitted that he has previously been denied a visa to travel to the United States on at least two occasions.

*Narciso S. Fernandez*

Narciso Fernandez, Enforcement Officer
U.S. Customs and Border Protection

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P.4.1 by WhatsApp.

May 27 2023                                               at                Miami, Florida
Date                                                                        City and State

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer